# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FIRST CLASS MOVING AND STORAGE, INC., Plaintiff

CASE NUMBER: 10-cv-04815

V.

ASSIGNED JUDGE: Hon. Ruben Castillo

1ST CLASS MOVING, INC. an Illionois corporation, and ADNAN GRIFAT, an Individual, Defendants

DESIGNATED MAGISTRATE JUDGE: Young B. Kim

TO: (Name and address of Defendant)

1ST CLASS MOVING, INC.
Adnan Grifat
4732 North Kedzie Avenue
Chicago, IL 60625

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven M. Shape
JANSSON SHUPE & MUNGER LTD.
245 Main Street
Racine, WI 53403

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

\------------------------------------
**(By) DEPUTY CLERK**

**August 3, 2010**

\------------------------------------
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 8/3/2010 @ 3:45 p.m. |
|---|---|
| NAME OF SERVER (PRINT) Darryl Ellis | TITLE Licensed Private Detective |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
3403 Madison Street, Skokie, Il 60076

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

Returned unexecuted: _____

☒ Other (specify):
Documents served:
Summons and Complaint (w-exhs 1-10) for 1st Class Moving, Inc. including civil cover sheet, notice of affiliates, notice of trademark claims

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| ------- | ------- | ------- |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/3/2010       *Darryl Ellis*
           Date            *Signature of Server*

PO Box 268557, Chicago, IL 60626    773-818-8969 mobile
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.